■ ANGIE CIOFFREDI, Appellant, v P.T. KARIKAS CORP., Doing Business as GREAT BAY DINER, Respondent. [710 NYS2d 528] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Lisa, J.), dated June 28, 1999, which, *inter alia*, granted the defendant's motion to dismiss the action.

Ordered that the order is affirmed, with costs.

The Supreme Court properly granted the defendant's motion to dismiss the action (*see,* CPLR 2104; *Johnson v Four G's Truck Rental,* 244 AD2d 319; *Margolis v New York City Tr. Auth.,* 233 AD2d 483; *Phillips v Pamper Decorating Serv.,* 228 AD2d 425). O'Brien, J. P., Altman, Friedmann, McGinity and Smith, JJ., concur.